## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **JOHN A. SPERTUS, MD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-183 |
| | ) | |
| **EPIC SYSTEMS CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.1, Defendant Epic Systems Corporation states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 22, 2022

Respectfully Submitted By:

By: /s/ *Robert M. Thompson*
Robert M. Thompson    MO Bar 38156
rmthompson@bclplaw.com
Grace Colato Martinez    MO Bar 70921
Grace.colato@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
Tel. (816) 374-3200
Fax (816) 374-3300

And

Martha Jahn Snyder (*pro hac admission forthcoming*)
martha.snyder@quarles.com
Kristin Graham Noel (*pro hac admission forthcoming*)
kristin.noel@quarles.com
Bryce A. Loken (*pro hac admission forthcoming*)
bryce.loken@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel. (608) 251.5000
Fax (608) 251.9166

ATTORNEYS FOR EPIC SYSTEMS CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 22, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Robert M. Thompson*
Robert M. Thompson