IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN A. SPERTUS, MD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-183 |
| | ) |
| EPIC SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT EPIC SYSTEMS CORPORATION'S
## MOTION TO DISMISS OR TRANSFER

Defendant, Epic Systems Corporation ("Epic") hereby moves to dismiss Plaintiff John A. Spertus, M.D.'s Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) because this Court lacks personal jurisdiction over Epic. In the alternative, Epic requests that the Court transfer this action to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. § 1404(a). In support of this Motion, Epic is contemporaneously filing its Brief in Support of its Motion to Dismiss or Transfer.

WHEREFORE, Epic respectfully requests that the Court enter an order granting Epic's Motion to Dismiss, in the alternative, transfer this case to the Western District of Wisconsin.

Dated: April 22, 2022                    Respectfully Submitted By:

By: /s/ *Robert M. Thompson*
    Robert M. Thompson    MO Bar 38156
    rmthompson@bclplaw.com
    Grace Colato Martinez    MO Bar 70921
    Grace.colato@bclplaw.com
    BRYAN CAVE LEIGHTON PAISNER LLP
    1200 Main Street, Suite 3800
    Kansas City, Missouri 64105
    Tel. (816) 374-3200
    Fax (816) 374-3300

    And

    Martha Jahn Snyder (*pro hac admission forthcoming*)
    martha.snyder@quarles.com
    Kristin Graham Noel (*pro hac admission forthcoming*)
    kristin.noel@quarles.com
    Bryce A. Loken (*pro hac admission forthcoming*)
    bryce.loken@quarles.com
    QUARLES & BRADY LLP
    33 East Main Street, Suite 900
    Madison, WI 53703
    Tel. (608) 251.5000
    Fax (608) 251.9166

    ATTORNEYS FOR EPIC SYSTEMS CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 22, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                        */s/ Robert M. Thompson*
                        Robert M. Thompson