# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN A. SPERTUS, MD,<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-183 |

## DEFENDANT EPIC SYSTEMS CORPORATION'S MOTION TO STAY

Defendant Epic Systems Corporation ("Epic") hereby moves for an order staying this matter pending resolution of Defendant's Motion to Dismiss or Transfer (Dkt. 12). In support of this Motion, Epic is contemporaneously filing its Brief in Support of its Motion to Stay.

WHEREFORE, Epic respectfully requests that the Court enter an order granting Epic's Motion to Stay, staying this matter pending resolution of Epic's Motion to Dismiss or Transfer.

Dated: May 27, 2022

Respectfully Submitted By:

 /s/ Martha Jahn Snyder
Martha Jahn Snyder (*pro hac vice*)
martha.snyder@quarles.com
Bryce A. Loken (*pro hac vice*)
bryce.loken@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel. (608) 251.5000
Fax (608) 251.9166

QB\74198754.1

Robert M. Thompson
rmthompson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Tel. (816) 374-3249
Fax (816) 374-3300

*Attorneys for Epic Systems Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Martha Jahn Snyder*
Martha Jahn Snyder