**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

JOHN A. SPERTUS, M.D.

    Plaintiff,

v.

EPIC SYSTEMS CORPORATION,

    Defendant.

Case No. 3:22-cv-00553-wmc

---

## DECLARATION OF KEVIN M. ARST
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

I, Kevin M. Arst, hereby declare as follows:

1. I was retained by Defendant Epic Systems Corporation to provide my expert opinions in this case.

2. I submit this declaration in support of Epic's Motion for Summary Judgment.

3. I prepared an Expert Report dated August 11, 2023 at the request of Epic for use in this litigation. That Report is separately filed as Dkt. 70.

4. The August 11, 2023 Expert Report contains my opinions and I hereby reaffirm those opinions in connection with Epic's Motion for Summary Judgment.

5. If called to testify, I would and could testify to the opinions contained in the August 11, 2023 Expert Report.

I DECLARE, under penalty of perjury, that the foregoing is true and correct.

Dated this <u>29th</u> day of September, 2023.

                                                    _____
                                                  Kevin M. Arst