# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

JOHN A. SPERTUS, M.D.

    Plaintiff,

v.

EPIC SYSTEMS CORPORATION,

    Defendant.

Case No. 3:22-cv-00553-wmc

## DECLARATION OF BEN DEPOORTER
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Ben Depoorter, hereby declare as follows:

1. I was retained by Defendant Epic Systems Corporation to provide my expert opinions in this case.

2. I submit this declaration in support of Epic's Motion for Summary Judgment.

3. I prepared a Supplemental Expert Report dated August 31, 2023 at the request of Epic for use in this case. The Supplemental Expert Report is a supplement to the June 2, 2023 Expert Report I prepared in this case. The Supplemental Expert Report was prepared to include certain deposition testimony given by Dr. Spertus in connection with this case.

4. The August 31, 2023 Supplemental Expert Report is separately filed as Dkt. 71.

5. The August 31, 2023 Supplemental Expert Report contains my opinions and I hereby reaffirm those opinions in connection with Epic's Motion for Summary Judgment.

6. If called to testify, I would and could testify to the opinions contained in the August 31, 2023 Supplemental Expert Report.

I DECLARE, under penalty of perjury, that the foregoing is true and correct.

Dated this 29th day of September, 2023.

_____
Ben Depoorter