## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

JOHN A. SPERTUS, M.D.

     Plaintiff,

v.

Case No. 3:22-cv-00553-wmc

EPIC SYSTEMS CORPORATION,

REDACTED

     Defendant.

## DECLARATION OF JAMES J. HOWARD

I, James J. Howard, hereby declare as follows:

1.     I am a Pricing Lead at Epic Systems Corporation ("Epic") in Verona, Wisconsin.

2.     I submit this declaration in support of Epic's Motion for Summary Judgment. Through my position at Epic, I have personal knowledge of the facts contained in this Declaration, unless otherwise stated, and I would, and could, testify competently thereto if called upon to do so.

3.     I have worked at Epic for over 15 years and am intimately familiar with Epic's software and the pricing thereof. I am therefore knowledgeable regarding Epic's current and historical pricing strategy and methodology for its software, including EpicCare Inpatient, EpicCare Ambulatory, Healthy Planet, and MyChart.

REDACTED



REDACTED



REDACTED

REDACTED

I DECLARE, under penalty of perjury, that the foregoing is true and correct.

Dated this 29 day of September, 2023.

James. J. Howard