# EXHIBIT N

# LAW OFFICES OF CARL W. COVERT, JR.

ADMITTED TO THE STATE BARS OF TEXAS AND FLORIDA

Via Email and Post

John Pitcher, Attorney
Epic Systems Corporation
1979 Milky Way
Verona, WI 53593

May 5, 2021
Email: jpitcher@epic.com

Re: Seattle Angina Questionnaire-7 ("SAQ-7")

Dear Mr. Pitcher:

I represent Dr. John Spertus the author of the Seattle Angina Questionnaire-7 (SAQ-7). We have recently received a copy of a document from Epic that clearly shows that Epic is providing the questions to the SAQ-7 and the scoring algorithms and rules. Back in August of 2019, we contacted Epic regarding this matter and in September, you replied:

> Thank you for your letter. Epic purchased a license from Wolters Kluwer that allows Epic to reproduce the material in an electronic format. I can confirm that we do not include any scoring rules or algorithms for the SAQ in our software. We simply make the questionnaire available to allow healthcare providers and patients to document answers to the questionnaire. It is our understanding that such use of the questionnaire is commonplace throughout the country. We trust that this answers your questions, and we appreciate Dr. Spertus's willingness to collaborate to derive the greatest possible value for use of the SAQ. We will convey Dr. Spertus's desire to collaborate to the appropriate people internally and will reach out if there is interest in expanding use of the questionnaire to include scoring rules or algorithms.

As I stated in August, the Chan article did not include the scoring rules or algorithm for the SAQ-7 which is copyrighted and owned by John Spertus, M.D. under the <u>Applied Innovations v. Regents of the University of Minnesota</u>, 876 F.2d 626 (8th Cir. 1989). As it appears to be included in your computerized delivery Foundation System, then Epic is violating the copyright of Dr. Spertus in both the scoring rules and algorithm.

Attached, for your information, is an Epic advertisement for Scales and Assessments which shows Epic has "licensed" and is offering in the Foundation System to its customers at no extra cost. The document states it provides "calculations" for the included assessments, one of which is the SAQ-7.

Clearly, Epic is offering scoring rules and the algorithm for the SAQ-7 in its software. Therefore, we demand that you cease and desist offering the material that is owned by my client and we require an accounting of all the uses of the SAQ-7 which Epic has

2313 LOCKHILL-SELMA, SUITE 250
SAN ANTONIO, TEXAS 78230
TEL: (210) 493-0303
EMAIL: CARLWCOVERT@GMAIL.COM

made using my client's copyrighted material. We look forward to receiving a response within 10 days of receipt of this letter or we may need to take action to preserve Dr. Spertus' rights in the SAQ-7 and its scoring rules or algorithm.

Sincerely,

Carl Covert, Jr.

Attachment

SPER000017