

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

Case No. 3:22-cv-00553-WMC

**JOHN A. SPERTUS, MD,**

**Plaintiff,**

v.

**EPIC SYSTEMS CORPORATION,**

**Defendant.**

**EXPERT REPORT OF KEVIN M. ARST**

August 11, 2023

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

# CONFIDENTIAL EXPERT REPORT FILED UNDER SEAL