IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. SPERTUS, M.D.,

    Plaintiff,

v.

EPIC SYSTEMS CORPORATION,

    Defendant.

Case No. 3:22-cv-00553-wmc

## STIPULATION REGARDING ADMISSIBILITY OF DECLARATIONS

IT IS HEREBY STIPULATED, by and between the parties hereto, that the Declaration of Thomas Ramsden dated October 13, 2022 (EPIC001109-1212), and the Declaration of Debra Mariniello dated April 27, 2023 (EPIC001879-1922), and Exhibits thereto, shall be admissible for all purposes in this matter, including at trial, in lieu of testimony by deposition or in person.

Dated this 4 day of October, 2023.

_____
Gregory S. Dovel (admitted pro hac vice)
Christin Cho (admitted pro hac vice)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel. (310) 656-7066
greg@dovel.com
christin@dovel.com
joey@dovel.com

Attorneys for John A. Spertus, M.D.

Dated this 4th day of October, 2023.

_____
Kristin Graham Noel
Matthew J. Duchemin
Bryce A. Loken
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 251-5000
Fax: (608) 251-9166
kristin.noel@quarles.com
matthew.duchemin@quarles.com
bryce.loken@quarles.com

Attorneys for Epic Systems Corporation

QB\85072359.1