## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. SPERTUS, M.D.,

       Plaintiff,

       v.

EPIC SYSTEMS CORPORATION,

       Defendant.

Case No. 3:22-cv-00553-wmc

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John A. Spertus, M.D. and Defendant Epic Systems Corporation, hereby stipulate and agree that (i) Dr. Spertus' claims against Epic shall be dismissed with prejudice and (ii) Epic's counterclaims and defenses against Dr. Spertus shall be dismissed without prejudice.  The parties shall bear their own attorneys' fees and costs.

Dated the 7th day of November, 2023.


*/s/ Gregory S. Dovel*
Gregory S. Dovel (*admitted pro hac vice*)
Christin Cho (*admitted pro hac vice*)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel. (310) 656-7066
greg@dovel.com
christin@dovel.com
joey@dovel.com

*Attorneys for John A. Spertus, M.D.*

*/s/ Matthew J. Duchemin*
Kristin Graham Noel
Matthew J. Duchemin
Bryce A. Loken
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 251-5000
Fax: (608) 251-9166
kristin.noel@quarles.com
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Attorneys for Epic Systems Corporation*